| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: July 9, 2021 |

```
------------------------------------------------------------- x
Z.Q. et al.,                                                  :
                                                              :
                                          Plaintiffs,         :
                    -against-                                 :
                                                              :
New York City Department of Education, et al.,                :    ORDER
                                                              :
                                          Defendants.         :    1:20-CV-9866-ALC
                                                              :
                                                              :
------------------------------------------------------------- x
```

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of the parties' pre-motion conference letters in connection with Defendants' intended motions to stay discovery pending resolution of the motions to dismiss. ECF Nos. 67, 69, 71. Upon review of the submissions, Defendants' joint request for a pre-motion conference is **DENIED**. Defendants' joint request for leave to file the motion to stay is hereby **GRANTED**. The parties are directed to propose a briefing schedule to the Court no later than **July 13, 2021**. The Clerk of Court is respectfully directed to terminate the letter motions at ECF Nos. 67 and 69. The Court has also received the parties' submissions at ECF No. 68 and 70 and will address them in its decision on the motions to dismiss.

**SO ORDERED.**

**Dated:** July 9, 2021
**New York, New York**

                                                      _____
                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**