UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __March 8, 2022__

Z.Q., by his parent, G.J.;
G.J., individually and on behalf of Z.Q.;
J.H., by his parent, Y.H.;
Y.H., individually and on behalf of J.H.;
J.A., by his parent, D.S.;
D.S., individually and on behalf of J.A.;
M.S., by his parent, R.H.;
R.H., individually and on behalf of M.S.;
D.V., by his guardian, V.L.;
V.L., individually and on behalf of D.V.;
J.W., by his parent, A.W.;
A.W., individually and on behalf of J.W.;
D.M., by his parent, E.L.;
E.L., individually and on behalf of D.M.;
C.B., by his parent, C.B.2;
C.B.2, individually and on behalf of C.B.,

on behalf of themselves and all others similarly situated,

        Plaintiffs,

  v.

NEW YORK CITY DEPARTMENT OF EDUCATION; NEW YORK CITY BOARD OF EDUCATION; DAVID C. BANKS, in his official capacity as Chancellor of the New York City School District; NEW YORK STATE EDUCATION DEPARTMENT; NEW YORK STATE BOARD OF REGENTS; and BETTY A. ROSA, in her official capacity as Interim Commissioner of Education and President of the University of the State of New York,

        Defendants.

Case No.: 1:20-cv-09866



## NOTICE OF WITHDRAWAL

    PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Danielle C. Quinn, request the withdrawal of my appearance as counsel for Plaintiffs, and further request removal from the Court's

electronic filing notification system for this action. As of January 20, 2022, I will no longer be employed at Patterson Belknap Webb & Tyler LLP.  Patterson Belknap Webb & Tyler LLP shall remain counsel of record for Plaintiffs in this action.

Dated: New York, New York
       January 18, 2022

                              Respectfully submitted,

                              PATTERSON BELKNAP WEBB & TYLER LLP

                              */s/ Danielle C. Quinn*
                              Danielle C. Quinn
                              1133 Avenue of the Americas
                              New York, New York 10036
                              Telephone: (212) 336-2000
                              dquinn@pbwt.com

The motion to withdraw is **GRANTED**.

SO ORDERED: */s/ Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

**Dated**: March 8, 2022