**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Z.Q., by his parent, G.J.; <br> G.J., individually and on behalf of Z.Q.; <br> J.H., by his parent, Y.H.; <br> Y.H., individually and on behalf of J.H.; <br> J.A., by his parent, D.S.; <br> D.S., individually and on behalf of J.A.; <br> M.S., by his parent, R.H.; <br> R.H., individually and on behalf of M.S.; <br> D.V., by his guardian, V.L.; <br> V.L., individually and on behalf of D.V.; <br> J.W., by his parent, A.W.; <br> A.W., individually and on behalf of J.W.; <br> D.M., by his parent, E.L.; <br> E.L., individually and on behalf of D.M.; <br> C.B., by his parent, C.B.2; <br> C.B.2, individually and on behalf of C.B., <br><br> on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NEW YORK CITY DEPARTMENT OF EDUCATION; NEW YORK CITY BOARD OF EDUCATION; DAVID C. BANKS, in his official capacity as Chancellor of the New York City School District; NEW YORK STATE EDUCATION DEPARTMENT; NEW YORK STATE BOARD OF REGENTS; and BETTY A. ROSA, in her official capacity as Interim Commissioner of Education and President of the University of the State of New York, <br><br> Defendants. | Case No.: 1:20-cv-09866 <br><br> **NOTICE OF APPEAL** |

Notice is given that Plaintiffs in the above-captioned case appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on March 28, 2022 (ECF No. 91), and from all orders, opinions, decisions, and rulings underlying it.

13518134

Dated: April 26, 2022
New York, NY

      */s/ Joshua Kipnees*
Joshua Kipnees
PATTERSON BELKNAP WEBB
& TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000
jkipnees@pbwt.com

*/s/ Rebecca C. Shore*
Rebecca C. Shore
ADVOCATES FOR CHILDREN
OF NEW YORK, INC.
151 West 30th Street, 5th Floor
New York, NY 10001
(212) 947-9779
rshore@advocatesforchildren.org

*Attorneys for Plaintiffs*