UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
**Z.Q., et al,**

                             **Plaintiffs,**

       **-against-**

**NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,**

                             **Defendants.**

-------------------------------------------------------------- x

**20-CV-9866 (ALC)**

<u>**ORDER**</u>

**ANDREW L. CARTER, JR., District Judge:**

       In light of the Second Circuit's decision of February 3, 2023 (*see* ECF No. 93), the parties are ordered to provide a Joint Status Report to the Court on or before February 21, 2023.

**SO ORDERED.**

**Dated:**       **New York, New York
February 7, 2023**

*/s/ Andrew L. Carter, Jr.*
_____
      **ANDREW L. CARTER, JR.
United States District Judge**