UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
Z.Q., et al,

                *Plaintiffs*,

   -against-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al,

                *Defendants*.

-------------------------------------------------------------------- x

1:20-cv-09866 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the parties' letters regarding Plaintiffs' request to schedule a Rule 16 conference, or in the alternative, to refer the action to Magistrate Judge Moses for case management and settlement purposes. ECF Nos. 127, 130-131. Plaintiffs' request is hereby **DENIED**. In the May 4, 2023 conference, the Court made clear it would not schedule a Rule 16 conference pending the resolution of the motions to stay discovery.

**SO ORDERED.**

Dated:     **October 20, 2023**
            **New York, New York**

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**