UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Z.Q., et al.<br><br>               Plaintiffs,<br><br>  -against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,<br><br>               Defendants. | 20-CV-09866 (ALC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The parties raised a number of discovery issues in their recent status reports. (ECF 186, 188-89) On November 27, 2024 I held a conference to address the unresolved discovery issues.

For the reasons set forth at the conference, Defendants shall, by **December 6, 2024,** provide an update to the Court on 1) the percentage of documents containing FERPA material that also mention a student who does not have an IEP; and 2) the burden of responding to RFP number 28.

By the same date, Defendants shall provide Plaintiffs with a sample of a metadata log, and the parties shall meet and confer on whether such a log should be provided in lieu of a traditional privilege log for documents being withheld on the basis of the attorney-client privilege.

DATED:   November 27, 2024
               New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge