UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Z.Q., et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　-against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,<br><br>　　　　　　　Defendants. | 20-CV-09866 (ALC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　This action is scheduled for a discovery conference on **December 17, 2024**, at **11:00 AM**.

The parties should be prepared to discuss the discovery issues raised in their recent status report. (ECF 196, 200.)

　　The parties are directed to call my Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442, Access Code: 452 744 72#** .

DATED:　December 13, 2024
　　　　　New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge