

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JEFFREY S. DANTOWITZ**
phone: (212) 356-0876
jdantowi@law.nyc.gov
(not for service)

**VIA ECF**
Hon. Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, New York 10007

> The number of documents produced remains the same today - approximately 9000 - as it was at the update last Friday. Defendants are directed to file a letter on the docket by close of business on Monday, December 23, 2024, explaining why they have not produced any additional documents.
>
> Date: 12/20/2024
> New York, NY
>
> SO ORDERED
> /s/ Robyn F. Tarnofsky
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

Re: *Z.Q. et al. v. New York City Department of Education, et al*.
 No. 20-cv-09866 (AJC)(RFT)

Dear Judge Tarnofsky:

This office represents Defendants in the above-referenced action. I write pursuant to the Court's order issued during the conference held on October 28, 2024, directing Defendants to report each week on the number of documents Defendants have reviewed thus far, the number of those documents that contain FERPA-protected information and the number of documents produced.

**Document Review/Production**: The document review continued this week and the updated document counts are below, as of noon today:

| | |
|---|---|
| # Documents Reviewed | 78,048 |
| # Documents Flagged for FERPA Protected Information | 19,789 |
| # Documents Produced | appx 9000 |

Thank you for your consideration of the foregoing.

Respectfully submitted,

/s/ Jeffrey S. Dantowitz

Jeffrey S. Dantowitz
Assistant Corporation Counsel

2

cc: All counsel of record
   (via ECF)

Case 1:20-cv-09866-ALC-RFT   Document 202   Filed 12/20/24   Page 2 of 2