UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Z.Q., et al.

                Plaintiffs,

  -against-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

                Defendants.

20-CV-9866 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A conference to discuss the motion to withdraw as counsel by Patterson Belknap Webb & Tyler LLP and Advocates for Children of New York for Named Plaintiffs A.W. and J.W. is scheduled for **April 7, 2025 at 10:30 AM**. At that time, Plaintiffs' counsel and A.W. (the parent of J.W.) should call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 408 873 157 #**. If this date and time is unavailable for any party, they must contact my Courtroom Deputy immediately at **(212) 805-3840**. Plaintiffs' counsel is instructed to share the dial-in information with Plaintiff A.W. and file an affidavit regarding the same. Defense counsel may participate in the conference but is not required to. Plaintiffs' counsel shall also provide Plaintiff A.W.'s contact information to my Courtroom Deputy by telephone.

DATED: March 28, 2025
       New York, New York

SO ORDERED.

ROBYN F. TARNOFSKY
United States Magistrate Judge