UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Z.Q., et al., <br><br> Plaintiffs, <br><br> -against- <br><br> NEW YORK CITY DEPARTMENT OF EDUCATION, et al., <br><br> Defendants. | 20-CV-9866 (JAV) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On March 28, 2025, I scheduled a telephonic status conference in this action for April 7, 2025 to discuss the motion to withdraw as counsel by Patterson Belknap Webb & Tyler LLP and Advocates for Children of New York for Named Plaintiffs A.W. and J.W. (*See* ECF 255, Order.) I instructed Plaintiffs' counsel and Plaintiff A.W. (the parent of J.W.) to attend the April 7, 2025 conference. (*See id.*) On April 1, 2025, Plaintiff A.W. informed me by calling chambers that she could not attend the conference at the scheduled date and time.

The conference is rescheduled for **April 10, 2025 at 9:00 PM**. Plaintiffs' counsel and A.W. should call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 408 873 157 #**. If this date and time is unavailable for any party, they must contact my Courtroom Deputy immediately at TarnofskyNYSDChambers@nysd.uscourts.gov. Plaintiffs' counsel is instructed to share the dial-in information with Plaintiff A.W. and file an affidavit

regarding the same. Defense counsel may participate in the conference but is not required to.

DATED: April 1, 2025
       New York, New York

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge