UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Z.Q., et al.,

                Plaintiffs,

   -against-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

                Defendants.

20-CV-9866 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      On April 1, 2025, I scheduled a telephonic status conference in this action for April 10, 2025 to discuss the motion to withdraw as counsel by Patterson Belknap Webb & Tyler LLP and Advocates for Children of New York for Named Plaintiffs A.W. and J.W. (*See* ECF 258, Order.) I instructed Plaintiff's counsel and Plaintiff A.W. (the parent of J.W.) to attend the April 10, 2025 conference. (*See id.*) On April 2, 2025, Plaintiffs' counsel informed me by email that they could not attend the conference at the scheduled date and time and proposed an alternative.

      The conference is rescheduled for **April 15, 2025 at 9:00 PM**. Plaintiffs' counsel and A.W. should call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 408 873 157 #**. If this date and time is unavailable for any party, they must contact my Courtroom Deputy immediately at TarnofskyNYSDChambers@nysd.uscourts.gov. Plaintiffs' counsel is instructed to share the dial-in information with Plaintiff A.W. and file an affidavit

regarding the same. Defense counsel may participate in the conference but is not required to.

DATED: April 3, 2025
       New York, New York

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge