UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Z.Q., et al.,

                Plaintiffs,

    -against-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

                Defendants.

20-CV-9866 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a telephonic status conference on **April 11, 2025 at 10:30 AM**. The parties should be prepared to discuss Plaintiffs' letter filed at ECF 262. Counsel for Plaintiffs and for Defendants are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 358 002 000 #**.

DATED: April 4, 2025
       New York, New York

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge