UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Z.Q., et al.,<br><br>               Plaintiffs,<br><br>    -against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,<br><br>               Defendants. | 20-CV-9866 (JAV) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A telephonic status conference was held in this action earlier today. As discussed and for the reasons set forth at the conference: (1) Defendants shall promptly produce the documents discussed at the conference; (2) Plaintiffs' request for production of the FERPA and non-noticed documents being withheld is DENIED without prejudice to renewing the application if appropriate after Plaintiffs have reviewed the produced FERPA materials, and I would, if necessary, reopen fact discovery for this limited purpose; and (3) the parties shall meet and confer further on production of the spreadsheets and inform me by **April 11, 2025** whether their dispute has been resolved.

DATED: April 4, 2025
          New York, New York

                                                            SO ORDERED.

                                                             **ROBYN F. TARNOFSKY**
                                                              United States Magistrate Judge