UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Z.Q., et al.,<br><br>      Plaintiffs,<br><br> -against-<br>New York City Board of Education, et al.,<br><br>      Defendants. | 20cv09866 (JAV) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff's letter motion [ECF 267] is granted. The Clerk of Court is respectfully requested to terminate ECF 266 and seal ECF 267 with access to counsel and court personnel.

DATED:   April 10, 2025
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge