UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Z.Q. et al.,<br><br>     Plaintiffs,<br><br> -against-<br><br>New York City Department of Education, et al.,<br><br>     Defendants. | 20cv9866 (JAV) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  As discussed at the conference, Plaintiffs shall by 5:00 pm today provide Defendants with their selections from the deliberative privilege log; Defendants shall by the morning of April 25, 2025 provide additional information on those entries. Defendants shall look into whether they will agree to allow use of documents produced pursuant to a protective order in another matter to be used in this matter and shall report back at the next conference. Defendants shall also continue reviewing the collections from existing custodians to determine whether, as Plaintiffs contend, there are certain gaps in the production. The parties shall continue to meet and confer on the other outstanding discovery issues next week, when relevant personnel will be back in the office.

  The next telephonic conference is scheduled for Friday, April 25, 2025 at 4:00 p.m. The parties should be prepared to continue discussing the status of the case. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 430 579 959#.

Date: April 18, 2025
New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE