UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Z.Q. et al.,<br><br>                    Plaintiffs,<br><br> -against-<br>New York City Department of Education, et al.,<br><br>                   Defendants. | 20-CV-09866 (JAV) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A telephonic conference is scheduled for **Thursday, June 5, 2025 at 10:00 a.m.** The parties should be prepared to discuss Plaintiff's letter motion [ECF 297]. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 794 424 072#.

DATED:  May 27, 2025                                      SO ORDERED.
              New York, NY

                                                                  **ROBYN F. TARNOFSKY**
                                                                  United States Magistrate Judge