UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Z.Q., et al.,

                Plaintiffs,

   -against-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

                Defendants.

20-CV-9866 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a telephonic status conference on **June 23, 2025 at 11:00 AM**. The parties should be prepared to discuss Plaintiffs' letter filed at ECF 317. Counsel for Plaintiffs and for Defendants are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 719 929 5 #**.

DATED: June 17, 2025
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge