UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Z.Q., et al.,

                Plaintiffs,

    -against-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

                Defendants.

20-CV-9866 (JAV) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On June 18, 2025, Plaintiffs filed a letter requesting a one-week extension of time to several discovery deadlines. (*See* ECF 319.) Plaintiffs' application is **GRANTED**, and the following deadlines are extended:

- Plaintiffs' expert report is due by **June 30, 2025**;

- Defendants' expert report is due by **August 1, 2025**;

- Expert depositions to be completed by **August 18, 2025**;

- Plaintiffs' anticipated class certification motion is due by **September 16, 2025**;

- Daubert motions to be served by **September 16, 2025**;

- Defendants' opposition to Plaintiffs' anticipated class certification motion is due by **October 29, 2025**;

- Oppositions to Daubert motions to be served by **October 29, 2025**;

- Plaintiffs' reply in further support of their anticipated class certification motion is due by **November 12, 2025**; and

- Replies in further support of any Daubert motions to be served by **November 12, 2025**.

The Clerk of Court is respectfully requested to terminate ECF 319.

DATED: June 20, 2025
          New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge