UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Z.Q., et al.,

                 Plaintiffs,

    -against-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

                 Defendants.

20-CV-9866 (JAV) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the telephonic discovery conference today:

1. The deadline for completing fact discovery is extended until **September 15, 2025**. The parties shall meet and confer and shall by **July 25, 2025** submit a proposed schedule for expert discovery and briefing on a class certification motion.

2. By **July 21, 2025**, Plaintiffs shall identify five items from the privilege log with dates after the date of the relevant policy and 15 additional items, and Defendants shall provide those documents to the Court for in camera review by **July 23, 2025**.

3. Plaintiffs' application concerning applications is denied without prejudice to renewal closer to the deadline for fact discovery.

The Clerk of Court is respectfully requested to terminate **ECF 333**.

DATED: July 18, 2025
         New York, NY

SO ORDERED.

*[signature]*

**ROBYN F. TARNOFSKY**
United States Magistrate Judge