UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Z.Q., et al.,

                Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

                Defendants.

20-CV-9866 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

I have received in camera the following materials from Defendants, which materials were also provided to Plaintiffs' counsel:

1. A revised log listing 98 documents over which DOE continues to assert the deliberative process privilege.

2. A log listing 3 documents over which DOE asserts the deliberative process & attorney-client privilege.

3. A log listing 192 documents that will be downgraded and produced to Plaintiffs subject to the confidentiality order in this case.

4. Judy Nathan's Declaration dated 9/17/2025 supporting DOE's assertion of the deliberative process privilege.

Plaintiffs shall have until **September 22, 2025** to file a letter on the docket with any further objections to Defendants' logs.

DATED: September 19, 2025
             New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge