UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Z.Q., et al., <br><br> Plaintiffs, <br><br> -against- <br><br> NEW YORK CITY DEPARTMENT OF EDUCATION, et al., <br><br> Defendants. | 20-CV-9866 (JAV) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before me is a motion seeking protecting from production of documents listed on Defendants' deliberative privilege log. (ECF 366.) I have reviewed sample documents in camera and conclude that the documents are accurately described on the log and are appropriately withheld under the deliberative process privilege. Accordingly, the motion for protection from production is GRANTED.

The Clerk of Court is respectfully requested to terminate ECF 366.

DATED:  October 22, 2025
           New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE