UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Z.Q., et al.,

                Plaintiffs,

    -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,
et al.,

                Defendants.

20-CV-9866 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a telephonic status conference on **June 10, 2026 at 9:30 AM**.

Counsel for all parties are directed to call my conference line at the scheduled time by dialing

**(646) 453-4442, Access Code: 807 889 303#.**

Dated:  June 3, 2026
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**